SCAD-11-0000400

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

DAMON T. YONASHIRO, Respondent.

------------------------------------------------------------------

In re Application for the Reinstatement of
DAMON T. YONASHIRO, Applicant.

---

ORIGINAL PROCEEDING
(ODC 99-237-6067)

<u>ORDER OF REINSTATEMENT</u>
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

Upon consideration of the record and the Disciplinary Board's Report and Recommendation for the Reinstatement of Damon T. Yonashiro to the Practice of Law, it appears Applicant Yonashiro has proven, by clear and convincing evidence, rehabilitation, fitness to practice law, competence, compliance with applicable disciplinary orders and rules, and compliance with all requirements imposed by this court, as required by Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawaiʻi. Therefore,

IT IS HEREBY ORDERED that Applicant Yonashiro is reinstated to the practice of law in this jurisdiction.

IT IS FURTHER ORDERED that, upon payment of all required dues and registration fees, as well as any costs awarded upon a timely submission of a bill of costs, the Clerk shall restore Applicant Yonashiro to the roll of attorneys eligible to practice in the State of Hawaiʻi.

DATED: Honolulu, Hawaiʻi, June 9, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Craig H. Nakamura

